IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **BRIAN AND SUE FERNAAYS,** | ) |
| Appellants, | ) ) ) |
| v. | )  Appeal No.: 22-2296 |
| **ISLE OF WIGHT COUNTY** | ) ) ) |
| Appellee. | ) ) |

### MOTION TO SUSPEND BRIEFING ORDER

Appellants, by counsel, move this Court to suspend its Briefing Order pending resolution of a Motion to Reconsider filed in the District Court; and in support state as follows

1. Appellants sued Isle of Wight County in District Court for inverse condemnation for failing to maintain a drainage easement on their property causing subsidence.

2. On November 27, 2023, the trial court granted the County summary judgment.

3. Appellants noted their appeal on December 12, 2023.

4. Appellants filed a Motion to Reconsider on December 22, 2023.

5. On their Docketing Statement, Appellants indicated that there was a post-trial motion that remained pending before the trial court.

6. On January 2, 2024, this Court entered a Briefing Order, setting deadlines for briefing despite the Motion to Reconsider remaining pending for decision.

7. The Motion to Reconsider, if granted, would grant Appellants the relief they seek on appeal, obviating briefing.

8. Appellants have no indication of when the trial court will rule on the Motion to Reconsider. The trial court took two (2) years from filing motions for summary judgment to present its opinion and order to the parties. *See* 2:21-cv-99, Dkt. 30 (County's motion for

summary judgment filed November 24, 2021); *id.* Dkt. 32 (landowners' motion for partial summary judgment filed November 26, 2021); *id.* Dkt. 82 (order granting summary judgment filed November 27, 2023). The trial court in a separate matter involving counsel for Appellants required four (4) months to rule on a motion to reconsider. 2:21-cv-653, Dkt. 68 (motion to reconsider filed April 20, 2023); *id.* Dkt. 78 (order filed August 16, 2023).

9. Appellants have no reason to believe the motion to reconsider will be resolved before the February 12, 2024, due date for their Opening Brief and Appendix – briefing only concluded on the motion January 10th.

10. If the trial court rules on the motion before February 12th, Appellants will be prejudiced in their ability to prepare their brief by the deadline in light of the reasoning and analysis contained in the trial court's order on the motion to reconsider.

11. Counsel for Appellants attempted to conferred with counsel for Appellee regarding this motion and received no response.

Appellants, Brian and Sue Fernaays, respectfully request this Court suspend its Briefing Order deadlines until resolution of their motion to reconsider pending in District Court.

**LISA RHODES**
**SUE & BRIAN FERNAAYS**
**TAX MAP: 34H-01-031 & 032**

By  */s/ Joseph V. Sherman*
　　　　　　Counsel

Joseph V. Sherman (VSB # 86099)
JOSEPH V. SHERMAN, P.C.
324 West Freemason Street
Norfolk, Virginia 23510
Telephone: (757) 350-8308
Facsimile: (757) 351-4663
E-mail: joe@jvslawyer.com

**CERTIFICATE OF SERVICE**

   I certify that on January 18, 2024, I filed a copy of this Motion to Suspend Briefing Order with the Clerk of Court using the CM/ECF system, which will send notify all counsel of record including:

    D. Rossen S. Greene, Esq.
    Matthew R. Hull, Esq.
    PENDER & COWARD
    117 Market Street
    Suffolk, Virginia 23434

                */s/ Joseph V. Sherman*
                Joseph V. Sherman